```
LEONARD K. HOWELL
10957 Valle Vista Road
Lakeside, CA 92040-1729
(619) 300-8977

PLAINTIFF, Pro Se
```

FILED
08 JUN 16 PM 12:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:         DEPUTY

'08 CV 1060 J WMc

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALifornia

| | |
|---|---|
| LEONARD K. HOWELL<br>dba Howell's RV,<br>　　　　Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK,<br>a Federally-Chartered thrift institution,<br>　　　　Defendant. | Civil Case No. _____<br><br>VERIFIED COMPLAINT FOR DAMAGES<br>1. Claim for Recovery of<br>　Bank Deposit<br>2. Claim Against Bank for<br>　Aiding and Abetting a Fraud<br><br>DEMAND FOR JURY TRIAL |

I.

1. This is an action for recovery of funds on deposit with the Defendant, bank and for recovery of actual, compensatory and punitive damages from the bank based on gross negligence by the bank which aided and abetted a fraud perpetrated on the Plaintiff.

II.

PARTIES

2. Plaintiff, LEONARD K. HOWELL ("Plaintiff") is and was at all times relevant to this action, an individual residing in the City of Lakeside, County of San Diego, California.

3. At all times relevant to this action,, Defendant, WASH-

INGTON MUTUAL BANK ("Defendant") was and is a federally-chartered thrift institution, whose principal office is located in the State of Washington, USA.

### III.

4. This action is based on diversity of citizenship between the parties, in that the Plaintiff, LEONARD K. HOWELL is a resident and citizen and resident of the State of California, USA; the Defendant, WASHINGTON MUTUAL BANK, whose principal office is located in the State of Washington, USA is, for diversity purposes, considered to be a citizen of that state.

5. This court has subject matter jurisdiction over this action based on diversity of citizenship, pursuant to the provisions of 28 U.S.C. 1332(a) and (c), since the amount in controversy is in excess of $75,000.00.

6. Although, under the Federal Rules of Civil Procedure, venue is a matter of Affirmative Defense and need not be pleaded, Plaintiff alleges that this US District Court for the Southern District of California is the proper formum for adjudication of the issues involved in this case, in that the Plaintiff, LEONARD K. HOWELL is both a citizen and resident of the State of CaLifornis and the Defendant, WASHINGTON MUTUAL BANK regularly does business in the State of California, as provided by 28 U.S.C. 1391(c)

### IV.
### GENERAL ALLEGATIONS

7. On or about February 5, 2005, Plaintiff was notified, by telephone, that he had won $4.2K in the Canadian Lottery.

8. He was also told that he must pay, in advance, the sum of $42,000 for taxes in order to receive his prize winnings from the lottery.

2

9. On or about May 20, 2005, Plaintiff received a Snap-On Tool Company check, dated May 1, 2005, in the amount of $299,720.40. made payable to HOWELLS RV.

10. Plaintiff took this check to the Defendant, Washington Mutual Bank and deposited same to his business checking account at the bank for collection in the regular course of banking business. The check was paid by the drawee bank and the sum of $299,720.40 was credited to Plaintiff's checking account.

11. On June 14, 2005, Washington Mutual Bank made a wire transfer of $190,000 of the Sanp-On Tool check that had been previously credited to Plaintiff's checking accoun to a recipient bank in San Jose, Costa Rica, Central America.

12. Shortly thereafter, Washington Mutual Bank was notified that the Snap-On Tool Company check was a forgery in that the name of the true payee on that check had been changed and altered.

13. Washington Mutual Bank was debited for the loss of $190,000 under its collecting bank warranties. The bank then passed along the loss by a debit to the Plaintiff's business checking account which caused an overdraft of teh account of approximately $128,000.

14. At the time the Defendant, Washington Mutual Bank overdrew Plaintiff's business checking account there were funds on deposit in that account belonging to the Plaintiff of approximately $65,000 which the bank converted and used to reduce its loss from this wire fraud.

15. In September, 2005, the additonal sum of approximately $2,200 was taken from another account which Plaintiff had at the Defendant, Washinton Mutual Bank and transferred to the wire fraud

3

which the bank converted and used to further reduce its loss from the wire fraud.

As a result of the bank's gross negligence, by the actions of its responsible employee's in failing to protect the Plaintiff, its depositor, from this easily detectable wire fraud, and converting and using funds of the Plaintiff to reduce the bank's loss from this wire fraud, the Plaintiff seeks relief by his calim for conversion of funds and actual, compensatory and punitive damages for the actions of the bank, through its employees, for aiding and abetting a fraud.

V.

CLAIMS FOR RELIEF

COUNT I

Conversion of Depositor's Funds

16. Plaintiff repeats and realleges the allegations of preceding paragraphs 7 through 15 and incorparates them by reference as though fully set forth herein.

17. Plaintiff seeks recovery from the Defendant, Washington Mutual Bank, of deposits belonging to Plaintiff at the bank in the approximate sum of $65,000 which the bank converted and used to reduce its loss from the wire fraud perpetrated on the Plaintiff, which through proper actions by responsible employees of the bank could have been prevented.

18. Plaintiff also seeks recovery by way of a proper credit to his business checking account to eliminate an overdraft of approximately $128,000 which the bank is attempting to collect from the Plaintiff.

19. Plaintiff also seeks recovery from the Defendant, Wash-

4

ington Mutual Bank, of the sum of approximately $2,200 belonging to the Plaintiff which were on deposit at the bank in another account from which the bank converted and transferred to the wire fraud account to further reduce its loss from this wire fraud.

## COUNT II

### Recovery of Damages for Aiding and Abetting a Wire Fraud by the Defendant, Washington Mutual Bank

20. Plaintiff repeats and realleges the allegations of preceding paragraphs 7 through 19 and incorporates them by reference as though fully set forth herein.

21. Plaintiff seeks recovery of actual, compensatory and punitive damages from the Defendant, Washington Mutual Bank, resulting from the gross negligence of its responsible employees in failing to protect its depositor from this easily detectable Canadian wire fraud.

## VI.

## PRAYER

WHEREFORE, plaintiff demands judgment agaonst the Defendant, Washington Mutual Bank for the following:

1. Conversion of funds of the Plaintiff in the sum of approximately $67,200.00;

2. Elimination of an oaverdraft in Plaintiff's business checking account of approximately $128,000 caused by the wire transfer of funds by the bank from that account;

3. Actual, compensatory and punitive damages according to proof;

4. Interest, as provided by law;

5. Costs of this action

6. And such other and further relief as the Court may deem just in the cause.

## VII.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on the merits of his calims against the Defendant, Washington Mutual Bank.

## VERIFICATION

I declare, under penalty of perjury, that I have read this Complaint, that I am thoroughly familiar with the allegations thereof, which are true and correct and that, as to those allegations made on information and belief, if any, I believe them to be true.

Dated: 6-16-08

Leonard K. Howell, Plaintiff, Pro Se

*JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Leonard K. Howell
DBA Howell's RV

**(b)** County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Pro Se

## DEFENDANTS
Washington Mutual Bank, Washington

County of Residence of First Listed Defendant: State of Washington, USA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known): '08 CV 1060 J WMc

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☒ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☒ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
|  | / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury |  | ☐ 863 DIWC/DIWW (405(g)) |  |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  |  | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332(a)
Brief description of cause:
Wire fraud on P. Aiding & abetting by Bank. Conversion of Bank Deposit

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 195,000 Plus interest
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER 08 CV 1060 J WMC

DATE 6/16/08
SIGNATURE OF ATTORNEY OF RECORD: Leonard K. Howell PRO SE

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____