# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

LEONARD K. HOWELL
dba Howell's RV, Plaintiff,
         vs

WASHINGTON MUTUAL BANK,
a Federally-Chartered
thrift institution,
                   Defendant.

FILED
08 JUL -3 AM 10: 22
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CA
                    ECL
                    DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No. 08cv1060 JAH (WMc)

TO: (Name and Address of Defendant)
     WASHINGTON MUTUAL BANK

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY, appearing PRO SE

    10957 Valle Vista Road
    Lakeside, CA 92040-1729

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

___W. Samuel Hamrick, Jr.___
         CLERK

JUL 0 3 2008
         DATE

By ___B. LLOYD___, Deputy Clerk