```
         UNITED STATES
         DISTRICT COURT
      SOUTHERN DISTRICT OF CALIFORNIA
           SAN DIEGO DIVISION

         # 152607    - MB

          July 03, 2008
            10:12:51

         Civ Fil Non-Pris
USAO #.: 08CV1060 CIVIL FILING
Judge..: NAPOLEON A JONES, JR
Amount.:                  $350.00 CK
Check#.: PC1132


      Total->   $350.00


FROM: LEONARD K HOWELL VS
      WASHINGTON MUTUAL BANK
```